UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NORTH CAROLINA
EASTERN DIVISION

| | |
|---|---|
| ELDER DEFORRORRA LOCUST, )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>DON F. STROUD; R.L. DAUGHTY; and )<br>O.C.G. LEROY, )<br>)<br>Defendants. ) | **JUDGMENT IN A CIVIL CASE**<br>**CASE NO. 4:17-CV-110-D** |

**Decision by Court.**

**IT IS ORDERED, ADJUDGED, AND DECREED** that the motions lack merit and are DENIED. The court DISMISSES the action without prejudice.

**This Judgment Filed and Entered on July 2, 2018, and Copies To:**

Elder Deforrorra Locust                               (Sent to PO Box 3622 Kinston, NC 28501 via US Mail)

DATE:                                                              PETER A. MOORE, JR., CLERK

July 2, 2018                                 (By) /s/ Nicole Briggeman

                                                                    Deputy Clerk